UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELIA GRIFFIN,<br>*Plaintiff* | CIVIL ACTION<br>NO.:  22-5250 |
| VERSUS | SECTION:  "T" (1) |
| INSPIRED LIVING,<br>*Defendant* | JUDGE GREG GERARD GUIDRY<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## REPORT AND RECOMMENDATION

Plaintiff Shelia Griffin filed this lawsuit on December 12, 2022. She is proceeding *pro se* (without the assistance of counsel) and *in forma pauperis* (without prepayment of costs).

Because there was no evidence of service on the defendant, on March 14, 2023, the Court ordered Ms. Griffin to show cause why the lawsuit should not be dismissed for failure to complete service. Ms. Griffin did not appear at the hearing and the Court continued the matter to June 7, 2023. Ms. Griffin appeared on that date and reported that she was unaware she had to take additional steps to effect service. The Court provided Ms. Griffin with a copy of the previously issued pauper letter that describes how to obtain the assistance of the U.S. Marshal in serving the defendant. The Court instructed Ms. Griffin to obtain a copy of the summons from the Clerk's office and proceed to the U.S. Marshal's office to request service be effected.

A Process Receipt and Return form was entered into the record on June 30, 2023, showing that a Deputy U.S. Marshal had personally served Marie Letellier, Executive Director of Inspired Living in Kenner on June 21, 2023. Defendant's Answer was due on July 12, 2023. But no Answer was filed. And Ms. Griffin did not seek entry of default. The Court issued a Show Cause Order on July 25, 2023, requiring Ms. Griffin appear in person and report on the status of the case and show cause why the defendant should not be dismissed for failure to prosecute. On the day of the hearing

1

August 16, 2023, Ms. Griffin contacted the chambers of the undersigned, and the Court provided her with a copy of Representing Yourself in Federal District Court: A Handbook for Pro Se Litigants. This Handbook includes instructions regarding seeking entry of default when a defendant fails to file an answer. The Show Cause Hearing was continued to September 13, 2023.

On September 13, 2023, Ms. Griffin failed to appear for the Show Cause Hearing to report on the status of the case. As of this date, the record reflects no appearance by the defendant. And Ms. Griffin has not sought entry of default.

"[A] federal district court possesses the inherent authority to dismiss an action for want of prosecution, which it may exercise on its own motion when necessary to maintain the orderly administration of justice." Gonzalez v. Firestone Tire & Rubber Co., 610 F.2d 241, 247 (5th Cir. 1980). Ms. Griffin's failure to move for entry of default and failure to appear at the September 13, 2023, hearing to report on the status of the case demonstrates a clear record of delay. Accordingly,

IT IS RECOMMENDED that plaintiff Shelia Griffin's Complaint be dismissed without prejudice.

**OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

3

New Orleans, Louisiana, this 15th day of September, 2023.

                                           Janis van Meerveld
                                     United States Magistrate Judge