UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELIA GRIFFIN,<br>*Plaintiff* | CIVIL ACTION<br>NO.: 22-5250 |
| VERSUS | SECTION: "T" (1) |
| INSPIRED LIVING,<br>*Defendant* | JUDGE GREG GERARD GUIDRY<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's complaint is dismissed without prejudice.

New Orleans, Louisiana, this 10th day of October, 2023.

_____
GREG G. GUIDRY
UNITED STATES DISTRICT JUDGE